NOVEMBER 24, 1999

No. 98–1701. UNITED STATES *v.* LOCKE, GOVERNOR OF WASHINGTON, ET AL.; and

No. 98–1706. INTERNATIONAL ASSOCIATION OF INDEPENDENT TANKER OWNERS (INTERTANKO) *v.* LOCKE, GOVERNOR OF WASHINGTON, ET AL. C. A. 9th Cir. [Certiorari granted, 527 U. S. 1063.] Motion of the Solicitor General for divided argument

granted.  Motion of respondent/intervenor for divided argument denied.